IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Washington Mutual Bank, formerly          :
known as Washington Mutual Bank, FA,

                                          :      Civil Action 2:07-cv-00256
              Plaintiff

                                          :      Judge Sargus
    v.

                                          :      Magistrate Judge Abel
Deanna L. Johnson, *et al.*,

                                          :
              Defendants

                                          :

## ORDER

This matter is before the Court on Plaintiff's Motion to Dismiss Defendant. For good

cause shown, the Court hereby dismisses the following defendant from this action:

   • Unknown Spouse, if any, of Deanna L. Johnson, 4170 Nafzger Drive,
   Columbus, OH 43230.


IT IS SO ORDERED.

                                    5 - 7 - 2007
_____
Edmund A Sargus
UNITED STATES DISTRICT JUDGE